Burke Wonnell
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: burke_wonnell@fd.org

Counsel for Defendant Brian Powell

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:22-cr-61 JMK KFR |
|---|---|
| Plaintiff, | **MOTION FOR EXPEDITED CONSIDERATION RE MOTION TO CONTINUE IMPOSITION OF SENTENCE THREE WEEKS [49]** |
| vs. | |
| BRIAN KEVIN POWELL, | |
| Defendant. | |

COMES NOW Defendant Brian Powell, by and through undersigned counsel, and hereby moves the Court for expedited consideration of his principal motion to continue the sentencing hearing presently scheduled for December 21, 2023, until the week of January 8, 2024 [49]. Expedited consideration is necessary because the hearing is set to occur in less than seven days. Mr. Powell requests the Court rule on his motion as soon as practicable due to the nearness of the hearing date.

Defendant reached out to the government yesterday to determine if it would be opposed to the requested continuance. The government today signaled it might oppose a continuance

based upon the travel plans of family members of the victim who wish to attend the hearing in person. The victim herself, however, is anticipated to appear telephonically. Docket 48.

DATED at Anchorage, Alaska this 19th day of December, 2023.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Burke Wonnell*
Burke Wonnell
Assistant Federal Defender
Counsel for Brian Powell

Certificate of Service:
I hereby certify that I electronically
filed the foregoing and any
attachments with the Clerk of Court
for the United States District Court
for the District of Alaska by using
the district's CM/ECF system on
December 19, 2023. All participants in
this case are registered CM/ECF users
and will be served by the district's
CM/ECF system.
*/s/ Burke Wonnell*