S. LANE TUCKER
United States Attorney

AINSLEY MCNERNEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Ainsley.McNerney1@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN KEVIN POWELL,<br><br>Defendant. | No. 3:22-cr-00061-JMK-KFR |

**GOVERNMENT RESPONSE IN OPPOSITION TO DEFENSE MOTION TO CONTINUE IMPOSITION OF SENTENCE**

COMES NOW the United States, by and through undersigned counsel, and files this Response in Opposition to Defense Motion to Continue Imposition of Sentence. Imposition of Sentence is currently scheduled for Thursday, December 21, 2023, at 1:00 pm. The Government contacted the victim in this case regarding defense's request to continue the sentencing. For the reasons outlined in the attached declaration, the Government opposes the Motion to Continue. Should the Court grant defense's Motion, the Government would ask for a date in mid-February, which is unopposed by defense counsel.

RESPECTFULLY SUBMITTED December 19, 2023 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s *Ainsley McNerney*
AINSLEY MCNERNEY
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2023 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s *Ainsley McNerney*

*U.S. v. Powell*
3:22-cr-00061-JMK-KFR    Page 2 of 2
Case 3:22-cr-00061-JMK-KFR   Document 51   Filed 12/19/23   Page 2 of 2